IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO: 6:24-CV-00137 |
| | § | |
| $1,188,164.23 IN UNITED STATES | § | |
| CURRENCY | § | |
| Defendant. | § | |

**VERIFIED COMPLAINT FOR FORFEITURE IN REM**

In accordance with Fed. R. Civ. P. Supplemental Rule G(2), the United States of

America, Plaintiff, brings this complaint and alleges as follows:

Nature of the Action

1.      This is an action to forfeit property to the United States for violations of 18

U.S.C. §§ 1343, 1349, 1956, and 1957.

Defendant In Rem

2.      The Defendant Property is a total of $1,188,164.23 in United States

Currency consisting of the following personal property:

a.      $625,624.40 in JP Morgan Chase (JPMC) Bank account XXXXX0552;

b.      $461,988.50 in JPMC Bank account XXXXX8397; and

c.      $100,551.33 in JPMC Bank account XXXXX0116.

These funds were seized on or about January 17, 2024, in Tyler, Texas pursuant to a

seizure warrant and remain in the custody of the United States Secret Service (USSS).

**Complaint – Page 1**

Jurisdiction and Venue

3.      The Court has subject matter jurisdiction over an action commenced by the

United States pursuant to 28 U.S.C. § 1345, and over an action for forfeiture pursuant to

28 U.S.C. § 1355(a).

4.      The Court has *in rem* jurisdiction over the Defendant Property pursuant to

28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred

in this district.

5.      Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1)(A)

because acts or omissions giving rise to the forfeiture occurred in this district.

Basis for Forfeiture

6.      The Defendant Property is subject to forfeiture pursuant to 18 U.S.C. §

981(a)(1)(A) because it is personal property involved in a transaction or attempted

transaction  in violation of 18 U.S.C. §§ 1956 and 1957, or any property traceable to such

property, and pursuant to 18 U.S.C. § 981(a)(1)(C) because it is personal property which

constitutes or is derived from proceeds traceable to a violation of any offense constituting

a specified unlawful activity (as defined in 18 U.S.C. § 1956(c)(7)), namely, a violation

of 18 U.S.C. § 1343, or a conspiracy to commit such offense (18 U.S.C. § 1349).

Facts

7.      The facts and circumstances supporting the forfeiture of the above-

described property are attached in the affidavit by USSS Special Agent Brad Schley.

**Complaint – Page 2**

Potential Claimants

8.      The known potential claimants to the Defendant Property are:

a.      Junchao Duan
        1000 W. 8th Street, Apt. 828
        Los Angeles, California 90015

b.      Junchao Duan
        811 W. 7th Street, Ste. 1200
        Los Angeles, California 90017

Claim for Relief

9.      The United States respectfully requests that the Court forfeit the Defendant

Property to the United States, award costs and disbursements in this action to the United

States and order any other relief that the Court deems appropriate.

                                    Respectfully submitted,

                                    DAMIEN M. DIGGS
                                    UNITED STATES ATTORNEY

                                    */s/ Robert Austin Wells*
                                    ROBERT AUSTIN WELLS
                                    Assistant United States Attorney
                                    Texas State Bar Number 24033327
                                    110 North College, Suite 700
                                    Tyler, Texas 75702
                                    (903) 510-9350
                                    robert.wells3@usdoj.gov

**Complaint – Page 3**

## VERIFICATION PURSUANT TO 28 U.S.C. § 1746

I, Brad Schley, hereby state that:

1.      I am a Special Agent with the United States Secret Service.

2.      I have read this Complaint, and the information contained herein is true and correct to the best of my knowledge.

3.      The information contained in this Complaint comes from the official files and records of the United States, statements from other law enforcement officers, and my investigation of this case.

I state and verify under penalty of perjury that the foregoing is true and correct.


bschley    Digitally signed by bschley
Date: 2024.04.12 16:59:55
-05'00'

Brad Schley
Special Agent
United States Secret Service

Dated:  _____