IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 6:24-CV-00137 |
| | § | |
| $1,188,164.23 IN UNITED STATES CURRENCY | § | |
| | § | |
| Defendant. | § | |

## ORDER FOR WARRANT OF ARREST IN REM

TO:   The Clerk of the Court, United States District Court for the Eastern District of Texas

WHEREAS, on April 15, 2024, the United States of America filed a verified complaint for civil forfeiture in the United States District Court for the Eastern District of Texas against $1,188,164.23 in United States currency (defendant property) alleging that the property is subject to seizure and civil forfeiture to the United States for the reasons alleged in the complaint; and

WHEREAS, the Court, having reviewed the Complaint and the Government's Application for Warrant of Arrest in Rem, finds, the defendant property is currently in the possession, custody, or control of the United States; and

WHEREAS, Supplemental Rule G(3)(b)(i) provides that the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control;

YOU ARE, THEREFORE, HEREBY COMMANDED to issue an arrest warrant in rem for the defendant property pursuant to Supplemental Rule G(3)(b)(i); and

YOU ARE FURTHER COMMANDED to deliver the arrest warrant in rem to a

**Order for Warrant of Arrest in Rem - Page 1 of 2**

person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the Court for that purpose, pursuant to Supplemental Rule G(3)(c)(i).

    IT IS SO ORDERED,